**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1539**

———————

LISA P. MARSTON,

                                        Plaintiff - Appellant,

       versus

AT&T CORPORATION, a New York corporation,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, District
Judge.  (CA-02-516-3)

———————

Submitted:  October 10, 2003        Decided:  February 13, 2004

———————

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jay J. Levit, LEVIT, MANN, HALLIGAN & WARREN, P.C., Richmond,
Virginia, for Appellant. Ronda Brown Esaw, MCGUIRE WOODS, LLP,
McLean, Virginia; Michele L. Settle, MCGUIRE WOODS, LLP, Richmond,
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lisa P. Marston appeals from the district court's grant of summary judgment to AT&T in Marston's employment discrimination suit. We have reviewed the briefs and joint appendix and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Marston v. AT&T Corp, No. CA-02-516-3 (E.D. Va. Mar. 31, 2003). In addition, we hold that any claim that Marston was subjected to a retaliatory hostile work environment was waived by her failure to clearly raise the claim in district court. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED